THE STATE OF OHIO, APPELLANT, *v.* WILHELM, APPELLEE.

[Cite as *State v. Wilhelm* (1998), 81 Ohio St.3d 444.]

(No. 97–1054—Submitted March 4, 1998—Decided April 22, 1998.)

---

*John F. Holcomb,* Butler County Prosecuting Attorney, *Daniel G. Eichel* and *Jeffrey P. Giuliano,* Assistant Prosecuting Attorneys, for appellant.

*Fred Miller,* for appellee.

---

The judgment of the court of appeals is reversed on the authority of *Dayton v. Erickson* (1996), 76 Ohio St.3d 3, 665 N.E.2d 1091.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals for the reasons stated in his dissenting opinion in *Dayton v. Erickson* (1996), 76 Ohio St.3d 3, 12–13, 665 N.E.2d 1091, 1098.